# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| MARIBEL RODRIGUEZ-VASQUEZ, | )<br>)<br>) |
| Petitioner, | )<br>) |
| v. | ) Case No. 7:19-cv-01232-LSC-JHE<br>)<br>) |
| PATRICIA V. BRADLEY, | )<br>) |
| Respondent. | |

## MEMORANDUM OPINION

On June 19, 2020, the magistrate judge entered a report (doc. 9) recommending the Respondent's motion for summary judgment (doc. 7) be granted. Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendations. In accordance with the recommendation, the court finds that Respondent's motion for summary judgment is due to be granted.

A separate order will be entered.

**DONE** and **ORDERED** on July 21, 2020.

_____
L. Scott Coogler
United States District Judge

160704